IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC., </br></br>       Plaintiff,</br></br>  v.</br></br>IHS INC. AND</br>IHS GLOBAL INC.,</br></br>       Defendants. | Civ. Action No. 1:14-cv-00529-LY</br></br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Parties hereby advise the Court that they have resolved this matter. As a result, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties respectfully move the Court to dismiss the above styled matter in its entirety with prejudice to refiling and with each party bearing its respective costs and fees.

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion to Dismiss with Prejudice, that the Court enter their Agreed Order of Dismissal With Prejudice attached hereto, and that this Court grant such other relief to which they are justly entitled.

Dated: April 1, 2015

                                  Respectfully submitted,

                                  /s/ Michael J. Collins
                                Michael J. Collins
                                Texas Bar No. 04614510
                                John J. Edmonds
                                Texas Bar No. 789758
                                Henry Pogorzelski
                                Texas Bar No. 24007852

COLLINS, EDMONDS & POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Tel: (281) 501-3425
Fax: (832) 415-2535
Email: mcollins@cepiplaw.com
          Jedmonds@cepiplaw.com
          hpogorzelski@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
DYNAMIC 3D GEOSOLUTIONS LLC


 /s/ David P. Whittlesey
David P. Whittlesey
dwhittlesey@andrewskurth.com
State Bar No. 00791920
ANDREWS KURTH LLP
111 Congress Avenue, Suite 1700
Austin, TX  78701
Tel.:  (512) 320-9200
Fax:  (512) 320-9292

Jeffrey K. Sherwood
SherwoodJ@dicksteinshapiro.com
State Bar No. 24009354
Charles J. Monterio, Jr. (Pro Hac Vice)
MonterioC@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006-5403
Tel:  (202) 420-2200
Fax:  (202) 420-2201

ATTORNEYS FOR DEFENDANTS
IHS INC. AND IHS GLOBAL INC.

2

AUS:689789.1

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on April 1, 2015 a true and correct copy of the foregoing was filed with the United States District Court for the Western District of Texas through its Case Management/Electronic Case Files system and thereby served the following attorneys of record:

Michael J. Collins
John J. Edmonds
Henry Pogorzelski
Shea N. Palavan
Matthew C. Juren
COLLINS, EDMONDS & POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, TX  77057

    /s/ David P. Whittlesey
    David P. Whittlesey