FILED
2015 APR -1  PM 4: 13
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> IHS INC. AND ) <br> IHS GLOBAL INC., ) <br> ) <br> Defendants. ) | Civ. Action No. 1:14-cv-00529-LY <br><br> JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice. The Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Parties' Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS FURTHER ORDERED that the above styled matter and all claims and counterclaims raised by the parties are hereby DISMISSED WITH PREJUDICE to refiling.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and all costs and expenses are taxed against the party who incurred them.

SIGNED this 1st day of April, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

/s/ Michael J. Collins
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Henry Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Tel: (281) 501-3425
Fax: (832) 415-2535
Email: mcollins@cepiplaw.com
        Jedmonds@cepiplaw.com
        hpogorzelski@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
DYNAMIC 3D GEOSOLUTIONS LLC


/s/ David P. Whittlesey
David P. Whittlesey
dwhittlesey@andrewskurth.com
State Bar No. 00791920
ANDREWS KURTH LLP
111 Congress Avenue, Suite 1700
Austin, TX 78701
Tel.: (512) 320-9200
Fax: (512) 320-9292

Jeffrey K. Sherwood
SherwoodJ@dicksteinshapiro.com
State Bar No. 24009354
Charles J. Monterio, Jr. (Pro Hac Vice)
MonterioC@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

ATTORNEYS FOR DEFENDANTS
IHS INC. AND IHS GLOBAL INC.