IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2015 APR -1 PM 4:12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD

| | | |
|---|---|---|
| DYNAMIC 3D GEOSOLUTIONS, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-529-LY |
| | § | |
| IHS INC. AND IHS GLOBAL, INC., | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On April 1, 2015, the parties filed a Joint Motion to Dismiss with Prejudice (Doc. #38), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __1st__ day of April, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE